AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Barbara Burke

## SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER:

Merck & Co., Inc.

'08 CIV 4087

TO: (Name and address of defendant)

Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889-0100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York 10175

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 01 2008

J. MICHAEL McMAHON

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action                **RETURN OF SERVICE**

SERVICE OF:          **SUMMONS IN A CIVIL CASE, COMPLAINT**
EFFECTED (1) BY ME:  **JOSE ALARCON**
TITLE:               **PROCESS SERVER**                              DATE: **05/09/2008  03:11PM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MERCK & CO., INC.

Place where served:

ONE MERCK DRIVE   WHITE HOUSE STATION NJ 08889

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOAN DEARBORN

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F__  AGE: 51-65__  HEIGHT: 5'4"-5'8"___  WEIGHT: 131-160 LBS._____  SKIN: WHITE____  HAIR: BLACK___  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.___          TOTAL $ _____.___

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05 / 09 / 2008 _____L.S.
                       SIGNATURE OF JOSE ALARCON
                   GUARANTEED SUBPOENA SERVICE, INC.
                          2009 MORRIS AVENUE
                           UNION, NJ 07083                    05-09-08

                                                             J. S Velez

ATTORNEY:    RUSSEL H. BEATIE, ESQ
PLAINTIFF:   BARBARA BURKE                         JANIRA SANTIAGO VELEZ
DEFENDANT:   MERCK & CO., INC.                     NOTARY PUBLIC OF NEW JERSEY
VENUE:       NYDISTRICT                            My Commission Expires April 24, 2012
DOCKET:      08 CV 4087

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.                    TZ