Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :
---------------------------------------------------x
*This Document Relates to:*                     :       1:06-md-1789 (JFK)
Barbara Burke                                   :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:08-cv-04087-JFK                      :       **Rule 7.1 Statement**
---------------------------------------------------x

　　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
　　　　May 29, 2008

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　HUGHES HUBBARD & REED LLP

　　　　　　　　　　　　　　　　　　　　　　By: /s/ _____
　　　　　　　　　　　　　　　　　　　　　　　　Norman C. Kleinberg
　　　　　　　　　　　　　　　　　　　　　　　　Theodore V. H. Mayer
　　　　　　　　　　　　　　　　　　　　　　　　William J. Beausoleil

　　　　　　　　　　　　　　　　　　　　　　One Battery Park Plaza
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10004-1482
　　　　　　　　　　　　　　　　　　　　　　(212) 837-6000
　　　　　　　　　　　　　　　　　　　　　　beausole@hugheshubbard.com
　　　　　　　　　　　　　　　　　　　　　　kleinber@hugheshubbard.com
　　　　　　　　　　　　　　　　　　　　　　mayer@hugheshubbard.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Merck & Co., Inc.*